# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SINGLETON, JAMES K. | U.S. DISTRICT COURT, ALASKA | 08/01/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

THE JAMES M. FITZGERALD UNITED STATES COURTHOUSE AND FEDERAL BUILDING
222 W. 7TH AVENUE
ANCHORAGE, AK 99513-7524

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/1994 | STATE OF ALASKA, JUDICIAL RETIREMENT |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 08/01/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN - RETIREMENT INCOME | $121,751.16 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | TRANSAMERICA LIFE INSURANCE COMPANY - RETIREMENT PLAN |
| 2. 2020 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN FOR TEACHERS - RETIREMENT INCOME |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SINGLETON, JAMES K.** | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   FNBA BANK ACCOUNT | | None | M | T | | | | | |
| 2.   ALASKA SUPPLEMENTAL ANNUITY PLAN | | None | N | T | Distributed (part) | 12/31/20 | K | E | |
| 3.   MERRILL LYNCH WEALTH MANAGEMENT #1: (H) | | | | | | | | | |
| 4.   -AMN ELEC POWER CO | A | Dividend | | | Sold | 10/06/20 | J | | |
| 5.   -AMER EXPRESS COMPANY | A | Dividend | | | Sold (part) | 02/07/20 | J | A | |
| 6. | | | | | Sold (part) | 02/28/20 | J | A | |
| 7. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 8. | | | | | Sold | 09/23/20 | J | | |
| 9.   -APPLE INC | A | Dividend | J | T | Sold (part) | 01/22/20 | J | A | |
| 10.   -BECTON DICKENSON CO | A | Dividend | J | T | | | | | |
| 11.   -DIAGEO PLC SPSD ADR NEW | A | Dividend | | | Sold | 03/18/20 | J | | |
| 12.   -DISNEY (WALT) CO COM STK | A | Dividend | J | T | Sold (part) | 02/28/20 | J | A | |
| 13. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 14. | | | | | Sold (part) | 10/06/20 | J | A | |
| 15.   -EXXON MOBIL CORP COM | A | Dividend | | | Sold | 03/19/20 | J | | |
| 16.   -ISHARES NASDAQ BIOTECH | A | Dividend | J | T | Sold (part) | 05/12/20 | J | A | |
| 17.   -ISHARES TIPS BOND ETF | A | Dividend | J | T | Sold (part) | 01/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/16/20 | J | A | |
| 19.   -VANGUARD FINANCIALS ETF | A | Dividend | J | T | Buy (add'l) | 01/16/20 | J | | |
| 20. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 21. | | | | | Sold (part) | 08/12/20 | J | A | |
| 22. | | | | | Buy (add'l) | 10/16/20 | J | | |
| 23.   -VANGUARD INFORMATION TECH ETF | A | Dividend | K | T | Buy (add'l) | 03/16/20 | J | | |
| 24. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 25. | | | | | Sold (part) | 08/12/20 | J | A | |
| 26. | | | | | Sold (part) | 10/15/20 | J | A | |
| 27.   -INVESCO EMERGING MARKETS | A | Dividend | J | T | Sold (part) | 01/14/20 | J | A | |
| 28.   -ISHARES 3-7 YEARS TREASURY BONDS ETF | | None | | | Sold | 01/14/20 | J | A | |
| 29.   -ISHARES MBS ETF | A | Dividend | K | T | Sold (part) | 03/12/20 | J | A | |
| 30. | | | | | Sold (part) | 03/20/20 | J | A | |
| 31. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 32. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 33.   -VANGUARD INTERMEDIATE TERM BOND ETF | B | Dividend | K | T | Sold (part) | 01/14/20 | J | A | |
| 34. | | | | | Buy (add'l) | 01/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 03/12/20 | J | A | |
| 36. -ISHARES IBOXX$ HIGH YIEL CORPORATE BOND | | None | | | Sold (part) | 01/14/20 | J | A | |
| 37. -VANGUARD SHORT TERM BOND | | None | K | T | Sold (part) | 01/14/20 | J | A | |
| 38. | | | | | Sold (part) | 03/12/20 | J | A | |
| 39. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 40. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 41. -SPDR S&P INSURANCE ETF | A | Dividend | | | Sold | 10/14/20 | J | A | |
| 42. -REAL ESTATE SELECT SECTOR SPDR FD SHS | A | Dividend | | | Sold | 05/12/20 | J | | |
| 43. -INVESCO PREFERRED ETF | A | Dividend | J | T | | | | | |
| 44. -HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 45. -VANECK VECTORS J.P. MORGAN EM LOCAL CURR | | None | | | Sold | 01/14/20 | J | A | |
| 46. -ISHARES INC CORE MSCI EMERGING MKTS ETF | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 47. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 48. | | | | | Sold (part) | 04/14/20 | J | | |
| 49. -JPMORGAN CHASE & CO | A | Dividend | J | T | Buy (add'l) | 11/25/20 | J | | |
| 50. | | | | | Buy (add'l) | 12/09/20 | J | | |
| 51. -MCDONALDS CORP COM | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -MICROSOFT CORP | A | Dividend | J | T | Buy (add'l) | 04/03/20 | J | | |
| 53. | | | | | Sold (part) | 06/04/20 | J | B | |
| 54. | | | | | Sold (part) | 12/07/20 | J | A | |
| 55. -NEXTERA ENERGY INC SHS | A | Dividend | J | T | | | | | |
| 56. -NORTHROP GRUMMAN CORP | A | Dividend | J | T | | | | | |
| 57. -PFIZER INC | A | Dividend | | | Sold | 01/31/20 | J | A | |
| 58. -RAYTHEON CO DELAWARE NEW | A | Dividend | | | Sold | 04/01/20 | J | | |
| 59. -ROYAL DUTCH SHEL PLC | | None | | | Sold | 02/03/20 | J | | |
| 60. -HEALTH CARE SELECT SPDR | A | Dividend | J | T | Buy (add'l) | 05/14/20 | J | | |
| 61. | | | | | Sold (part) | 08/12/20 | J | A | |
| 62. -SECTOR SPDR CONSMRS STPL | A | Dividend | J | T | Buy (add'l) | 01/16/20 | J | | |
| 63. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 64. | | | | | Sold (part) | 05/12/20 | J | A | |
| 65. | | | | | Sold (part) | 08/12/20 | J | A | |
| 66. -CONSUMER DISCRETIONARY SPDR | A | Dividend | J | T | Sold (part) | 08/12/20 | J | A | |
| 67. | | | | | Sold (part) | 10/14/20 | J | A | |
| 68. -SECTOR SPDR ENERGY | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | Buy<br>(add'l) | 03/24/20 | J | | |
| 70. | | | | | Sold<br>(part) | 05/12/20 | J | A | |
| 71. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 72. -SECTOR SPDR UTILITIES | A | Dividend | | | Sold | 10/14/20 | J | | |
| 73. -UNITEDHEALTH GROUP INC | A | Dividend | J | T | | | | | |
| 74. -UNITED TECHS CORP COM | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 75. -VERIZON COMMUNICATNS COM | A | Dividend | J | T | | | | | |
| 76. -VISA INC CL A SHRS | A | Dividend | J | T | | | | | |
| 77. -WALMART INC | A | Dividend | J | T | | | | | |
| 78. -LOOMIS SAYLES STRATEGIC INC FD<br>CL Y | B | Dividend | L | T | Buy<br>(add'l) | 10/16/20 | J | | |
| 79. -ACCENTURE PLC SHS | | None | | | Sold | 01/07/20 | J | A | |
| 80. -AMAZON COM INC COM | | None | J | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 81. -INTUIT INC COM | A | Dividend | J | T | | | | | |
| 82. -PEPSICO INC | A | Dividend | J | T | | | | | |
| 83. -STRYKER CORP | A | Dividend | J | T | Sold<br>(part) | 04/01/20 | J | | |
| 84. -TJX COS INC NEW | A | Dividend | J | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 11/25/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  -WASTE MANAGEMENT INC NEW | A | Dividend | | | Sold | 10/27/20 | J | A | |
| 87.  -ZOETIS INC | A | Dividend | J | T | | | | | |
| 88.  -COMM SERVICES SELECT | A | Dividend | J | T | Buy<br>(add'l) | 05/14/20 | J | | |
| 89. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 90.  -FIRST TRUST DOW JONES | | None | J | T | Sold<br>(part) | 05/12/20 | J | A | |
| 91.  -ISHARES TR CORE MSCI EAF ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/16/20 | J | | |
| 92. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 08/14/20 | J | | |
| 94.  -MATERIALS SELECT SECTOR | A | Dividend | J | T | | | | | |
| 95.  -BLACKROCK LIQUIDITY FUND | A | Dividend | J | T | Sold<br>(part) | 01/14/20 | J | | |
| 96.  -AIR PRODUCTS&CHEM | A | Dividend | J | T | | | | | |
| 97.  -ALPHABET INC SHS CL A | | None | J | T | | | | | |
| 98.  -AMERICAN TOWER REIT INC | A | Dividend | J | T | | | | | |
| 99.  -AON PLC | A | Dividend | J | T | Buy<br>(add'l) | 03/17/20 | J | | |
| 100. -CISCO SYSTEMS INC COM | A | Dividend | | | Sold | 03/13/20 | J | | |
| 101. -MERCK AND CO INC SHS | A | Dividend | | | Sold<br>(part) | 01/22/20 | J | A | |
| 102. | | | | | Sold<br>(part) | 02/13/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 11/03/20 | J | | |
| 104. -VANGUARD TOTAL INTERNATL BOND ETF | | None | | | Sold | 01/14/20 | J | A | |
| 105. -ISHARES 20+ YEAR TREASURY BOND ETF | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 106. | | | | | Sold (part) | 03/13/20 | J | A | |
| 107. | | | | | Sold (part) | 03/16/20 | J | A | |
| 108. -INTEL CORP | A | Dividend | | | Buy | 05/22/20 | J | | |
| 109. | | | | | Sold | 10/23/20 | J | | |
| 110. -PROCTER & GAMBLE CO | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 111. | | | | | Sold (part) | 06/04/20 | J | A | |
| 112. -TRANE TECHNOLOGIES PLC | | None | | | Buy | 10/08/20 | J | | |
| 113. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 114. | | | | | Sold | 11/11/20 | J | A | |
| 115. -RAYTHEON TECHNOLOGIES CORP | A | Dividend | | | Sold (part) | 05/19/20 | J | | |
| 116. | | | | | Sold | 10/06/20 | J | | |
| 117. -VANECK VECTORS FALLEN ANGEL | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 118. -VANGUARD SMALL CAP | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 119. | | | | | Buy (add'l) | 01/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 121.  -XTRACKERS USD HIGH YIELD | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 122.  -FIDELITY NATL INFO SVCS INC | A | Dividend | J | T | Buy | 01/24/20 | J | | |
| 123.  -INTERCONTINENTAL EXCHANGE | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 124. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |
| 125.  -ELI LILLY & CO | A | Dividend | J | T | Buy | 02/18/20 | J | | |
| 126. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 127.  -THOMSON REUTERS CORP REG SHS | A | Dividend | J | T | Buy | 03/03/20 | J | | |
| 128.  -SPDR BLOOMBERG BARCLAYS 1-3 | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 129. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 130.  -SALESFORCE COM INC | | None | J | T | Buy | 03/27/20 | J | | |
| 131.  -EQUINIX INC | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 132.  -COSTCO WHOLESALE CRP DEL | A | Dividend | J | T | Buy | 04/03/20 | J | | |
| 133.  -FIRST TRUST CLOUD COMPUTING | A | Dividend | J | T | Buy | 04/16/20 | J | | |
| 134. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 135.  -NIKE INC CL B | A | Dividend | J | T | Buy | 05/21/20 | J | | |
| 136. | | | | | Buy<br>(add'l) | 10/08/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -QUALCOMM INC | A | Dividend | J | T | Buy | 10/08/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 139. -FEDEX CORP DELAWARE COM | A | Dividend | J | T | Buy | 10/08/20 | J | | |
| 140. -FIDELITY MSCI UTILITIES INDEX | A | Dividend | J | T | Buy | 10/16/20 | J | | |
| 141. -PROSHARES ONLINE RETAIL ETF | A | Dividend | J | T | Buy | 10/16/20 | J | | |
| 142. -TEXAS INSTRUMENTS | | None | J | T | Buy | 11/12/20 | J | | |
| 143. -PROGRESSIVE CRP OHIO | | None | J | T | Buy | 11/12/20 | J | | |
| 144. -KANSAS CITY SOUTHERN | | None | J | T | Buy | 12/09/20 | J | | |
| 145. -COMCAST CORP NEW CL A | | None | J | T | Buy | 12/09/20 | J | | |
| 146. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 147. -TOTAL SE | | None | J | T | Buy | 12/10/20 | J | | |
| 148. | | | | | | | | | |
| 149. MANAGEMENT ACCOUNT #2:(H) | | | | | | | | | |
| 150. -LOOMIS SAYLES STRATEGIC | | None | | | Sold | 01/02/20 | J | | |
| 151. -TEMPLETON GLBL BOND FD | | None | | | Sold | 01/02/20 | J | | |
| 152. -BLACKROCK LIQUIDITY FUND T<br>FUND INSTL CL | A | Dividend | J | T | | | | | |
| 153. -ISHARES IBOXX $ | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -ISHARES TIPS | A | Dividend | J | T | | | | | |
| 155.  -VANGUARD FINANCIALS ETF | A | Dividend | J | T | | | | | |
| 156.  -VANGUARD INFORMATION | A | Dividend | J | T | | | | | |
| 157.  -FIRST TRUST DOW JONES | | None | J | T | | | | | |
| 158.  -ISHARES MBS ETF | A | Dividend | J | T | | | | | |
| 159.  -VANGUARD INTERMEDIATE | A | Dividend | | | Sold | 03/13/20 | J | | |
| 160.  -COMM SERVICES SELECT | A | Dividend | J | T | | | | | |
| 161.  -VANGUARD SHORT-TERM | A | Dividend | J | T | Sold<br>(part) | 01/16/20 | J | | |
| 162.  -VANGUARD INTRMDIATE-TERM | A | Dividend | J | T | | | | | |
| 163.  -ISHARES INC CORE MSCI | A | Dividend | J | T | Sold<br>(part) | 04/16/20 | J | | |
| 164.  -ISHARES TR CORE MSCI EAF | A | Dividend | J | T | Buy<br>(add'l) | 01/16/20 | J | | |
| 165. | | | | | Buy<br>(add'l) | 08/14/20 | J | | |
| 166.  -HEALTH CARE SELECT SPDR | A | Dividend | J | T | | | | | |
| 167.  -SECTOR SPDR CONSMRS STPL | A | Dividend | J | T | | | | | |
| 168.  -CONSUMER DISCRETIONARY | A | Dividend | J | T | | | | | |
| 169.  -SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | | | | | |
| 170.  -VANGUARD SMALL CAP | A | Dividend | J | T | Buy | 01/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SINGLETON, JAMES K. | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -FIRST TRUST CLOUD (X) | A | Dividend | J | T | | | | | |
| 172. -ISHARES NASDAQ BIOTECH (X) | A | Dividend | J | T | | | | | |
| 173. -SPDR BLOOMBERG BARCLAYS (X) | A | Dividend | J | T | | | | | |
| 174. | | | | | | | | | |
| 175. MANAGEMENT ACCOUNT #3:(H) | | | | | | | | | |
| 176. -GABELLI DIV & INC TR | A | Dividend | | | Sold | 02/21/20 | J | | |
| 177. -LOOMIS SAYLES STRATEGIC | | None | | | Sold | 01/17/20 | J | | |
| 178. -TEMPLETON GLBL BOND FD | A | Dividend | | | Sold | 02/05/20 | J | | |
| 179. -AMERICAN GROWTH FUND | | None | | | Sold | 04/13/20 | J | | |
| 180. -BLACKROCK ADVANTAGE LRG | A | Dividend | J | T | Sold (part) | 01/17/20 | J | | |
| 181. | | | | | Sold (part) | 10/08/20 | J | | |
| 182. -BLACKROCK TECHNOLOGY | | None | J | T | Sold (part) | 06/05/20 | J | | |
| 183. -BLACKROCK EMERGING MARKETS FUND INSTL | A | Dividend | J | T | Buy (add'l) | 10/08/20 | J | | |
| 184. -BLACKROCK TOTAL RETURN | A | Dividend | K | T | Buy (add'l) | 03/13/20 | J | | |
| 185. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 186. | | | | | Buy (add'l) | 10/08/20 | J | | |
| 187. -ISHARES EDGE MSCI MIN VOL USA ETF | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  -ISHARES JP MORGAN EM BON | A | Dividend | | | Sold | 03/16/20 | J | | |
| 189.  -ISHARES CORE S&P 500 ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/03/20 | J | | |
| 190. | | | | | Buy<br>(add'l) | 01/21/20 | J | | |
| 191. | | | | | Sold<br>(part) | 04/14/20 | J | | |
| 192. | | | | | Sold<br>(part) | 06/08/20 | J | | |
| 193. | | | | | Buy<br>(add'l) | 10/09/20 | J | | |
| 194. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 195.  -ISHARES EDGE MSCI USA QUALITY<br>FACTOR ETF | | None | | | Sold | 04/14/20 | J | | |
| 196.  -ISHARES FLOATING RATE | | None | | | Sold | 01/03/20 | J | | |
| 197.  -ISHARES TR CORE MSCI EAF | A | Dividend | J | T | Sold<br>(part) | 04/14/20 | J | | |
| 198. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 199. | | | | | Sold<br>(part) | 10/09/20 | J | | |
| 200.  -ISHARES EDGE MSCI USA SIZE<br>FACTOR ETF | | None | | | Sold<br>(part) | 01/21/20 | J | | |
| 201. | | | | | Sold | 04/14/20 | J | | |
| 202.  -PIMCO INCOME FUND CL I2 | A | Dividend | J | T | Sold<br>(part) | 04/13/20 | J | | |
| 203. | | | | | Sold<br>(part) | 06/05/20 | J | | |
| 204.  -SPDR MSCI EMERGING MARKETS | A | Dividend | | | Sold<br>(part) | 03/16/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 10/09/20 | J | | |
| 206. -ISHARES 20+ YEAR | A | Dividend | J | T | Sold (part) | 01/21/20 | J | | |
| 207. | | | | | Sold (part) | 04/14/20 | J | | |
| 208. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 209. -HARTFORD CORE EQUITY FUND | A | Dividend | J | T | Buy | 01/17/20 | J | | |
| 210. | | | | | Buy (add'l) | 04/13/20 | J | | |
| 211. -ISHARES TR MSCI EAFE GROWTH | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 212. -ISHARES IBOXX $ INVT GRADE | A | Dividend | | | Buy | 04/14/20 | J | | |
| 213. | | | | | Sold | 10/09/20 | J | | |
| 214. -ISHARES MSCI USA ESG | A | Dividend | | | Buy | 04/14/20 | J | | |
| 215. | | | | | Sold | 06/08/20 | J | | |
| 216. -ISHARES U.S. MEDICAL DEVICES | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 217. -ISHARES EDGE MSCI USA VALUE | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 218. -ISHARES DOWJONES US FINL SVCS | A | Dividend | | | Buy | 06/08/20 | J | | |
| 219. | | | | | Sold | 10/09/20 | J | | |
| 220. -ISHARES 7-10 YEAR TREAS BOND | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 221. -ISHARES CORE S&P SMALL CAP ETF | A | Dividend | J | T | Buy | 06/08/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SINGLETON, JAMES K.** | 08/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 10/09/20 | J | | |
| 223.  -WISDOMTREE EMERGING MARK | A | Dividend | J | T | Buy | 10/09/20 | J | | |
| 224.  -ISHARES TRUST ISHARES ES | A | Dividend | J | T | Buy | 10/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SINGLETON, JAMES K.** | 08/01/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 08/01/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JAMES K. SINGLETON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544